IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:07CR318 |
| LUIS PEREZ-RUIZ, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

Before the court is the defendant's Amended Motion to Continue Hearing for Motion to Suppress [25]. Good cause being shown, the motion will be granted and the previously scheduled motions hearing will be continued.

IT IS ORDERED:

1. That the Amended Motion to Continue Hearing for Motion to Suppress [25] is granted; and

2. That the evidentiary hearing on the Motion to Suppress [12] and the Motion to Disclose Identity of Confidential Informant [14] is continued to **January 4, 2008** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 30th of day of November, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge