# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:07CR318 |
| vs. ) | |
| ) | ORDER |
| LUIS PEREZ-RUIZ, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion [27] of Julie B. Hansen for leave to withdraw as counsel for the defendant. Substitute counsel, Hugh I. Abrahamson and James L. Kovarik, have entered an entry of appearance [19].

**IT IS ORDERED:**

1. The Motion to Withdraw [27] is granted, and the appearance of Julie B. Hansen is hereby deemed withdrawn.

2. The previous order scheduling an evidentiary hearing on January 4, 2008 at 9:30 a.m. remains in effect.

**DATED December 3, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**