IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,　　　　 )
　　　　　　　　　　　　　　　　　　 )
　　　　　　　　Plaintiff,　　　　　 )
　　　　　　　　　　　　　　　　　　 )
　　　　vs.　　　　　　　　　　　　 )　　　　　 8:07CR318
　　　　　　　　　　　　　　　　　　 )
LUIS PEREZ-RUIZ,　　　　　　　　　 )　　　 **SCHEDULING ORDER**
　　　　　　　　　　　　　　　　　　 )
　　　　　　　　Defendant.　　　　　 )

　　　　Before the court is the defendant's  Motion to Continue Hearing for Motion to Suppress [30].   Good cause being shown, the motion will be granted and the previously scheduled motions hearing will be continued.

　　　　IT IS ORDERED:

　　　　1.　　　That  the  Motion to Continue Hearing for Motion to Suppress [30] is granted; and

　　　　2.　　　That the evidentiary hearing on the Motion to Suppress [12] and the Motion to Disclose Identity of Confidential Informant [14] is continued to **January 24, 2008** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

　　　　Since this is a criminal case, the defendant must be present, unless excused by the Court.

　　　　DATED this 4th day of January, 2008.

　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　United States Magistrate Judge