IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR318 |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS PEREZ-RUIZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the report and recommendation of the magistrate judge (Filing No. 45), recommending that the defendant's motion to suppress (Filing No. 12) be denied. The Court has reviewed the report and recommendation and notes no objections have been filed. The Court will adopt the report and recommendation of the magistrate judge. Accordingly,

IT IS ORDERED:

1) The report and recommendation of the magistrate judge (Filing No. 45) is approved and adopted;

2) Defendant's motion to suppress (Filing No. 12) is denied;

3) Trial of this matter is scheduled for:

**Monday, March 31, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The parties will have time to prepare for trial or pursue plea negotiations, and the ends of

justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between February 22, 2008, and March 31, 2008, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

      DATED this 22nd day of February, 2008.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                               LYLE E. STROM, Senior Judge
                               United States District Court