IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR318 |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS PEREZ-RUIZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for leave to file appeal of magistrate's decision out of time (Filing No. 54) and motion to vacate order and for leave to file appeal of magistrate's order out of time (Filing No. 56). The Court finds said motions should be denied. Accordingly,

IT IS ORDERED:

1) Defendant's motion for leave to file appeal of magistrate's decision out of time and motion to vacate order for leave to file appeal of magistrate's order out of time are denied.

2) Trial of this matter remains scheduled for:

**Monday, March 31, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 19th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court